**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:26-cv-14209-LEIBOWITZ/MAYNARD**

**PATRICK M. GERTNER,** *as Trustee of the Sixth Amendment and Restatement of the Karen Beth Twiss Trust Dated May 16, 2023,*

*Plaintiff,*

*v.*

**COREBRIDGE FINANCIAL INC,** ***et al.*****,**

*Defendants.*
______________________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Shaniek Mills Maynard [ECF No. 48] (the "R&R"), filed on September 30, 2026. The R&R recommends granting in part and denying in part Plaintiff's Motion To Remand this case to state court [ECF No. 14] (the "Motion"). [ECF No. 48 at 1, 13]. Specifically, Judge Maynard recommends remanding this action to the Circuit Court of the Nineteenth Judicial Circuit in and for Martin County, Florida, and denying Plaintiff's request for attorney's fees and costs under 28 U.S.C. § 1447(c). [*Id.* at 13]. The undersigned previously referred the Motion to Judge Maynard for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 32]. Plaintiff and Defendants have each filed Notices of No Objection to the R&R ("Notices"). [ECF Nos. 49, 50]. Upon due consideration of the R&R, Plaintiff's Motion, the parties' papers (including the parties' Notices), it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 48**] is **APPROVED** and **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion To Remand [**ECF No. 14**] is **GRANTED IN PART** and **DENIED IN PART**.

   a. **THIS CASE** is **REMANDED** to the Circuit Court for the Nineteenth Judicial Circuit in and for Martin County, Florida.

   b. Plaintiff's motion for an award of Section 1447(c) attorney's fees is **DENIED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. This case is CLOSED.

**DONE AND ORDERED** in the Southern District of Florida on October 7, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record